No. 03–531. YARDARM RESTAURANT, INC. v. CITY OF POMPANO BEACH, FLORIDA. Dist. Ct. App. Fla., 4th Dist. Motions of National Association of Home Builders, Pacific Legal Foundation, Sugar Cane Growers Cooperative of Florida, Broward County

League of Cities, Inc., and Dale Ledbetter for leave to file briefs as *amici curiae* granted. Certiorari denied.